ELEANOR J. KLINGEL, ADMX., ET AL., RESPONDENTS, v.
THE TOWN OF BLOOMFIELD, APPELLANT.

Argued February 4, 1942—Decided April 23, 1942.

For the respondents, *Coult, Satz, Tomlinson & Morse.*

For the appellant, *Edward C. Peltit.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Chief Justice Brogan in the Supreme Court.

*For affirmance*—DONGES, PERSKIE, PORTER, DEAR, RAFFERTY, HAGUE, THOMPSON, JJ.   7.

*For reversal*—THE CHANCELLOR, PARKER, BODINE, COLIE, WELLS, JJ.   5.